# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0207. TAMEL EDMOND v. DREW ALLEN REAL ESTATE.**

In this dispossessory case, Tamel Edmond received an adverse judgment against him in magistrate court. Edmond appealed to the superior court, and the superior court dismissed his petition for review for failure to pay the required rent into the court registry. He then filed this appeal, and the appellee has filed a motion to dismiss the appeal. We agree that we lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves superior court review of a magistrate court decision, Edmond was required to file an application for discretionary appeal. See *Bullock*, 260 Ga. App. at 875.

Edmond's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal. Accordingly, the appellee's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/19/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*